MIKE BURZINSKI v. KINYON INVESTMENT COMPANY AND ANOTHER.[1]

August 10, 1934.

No. 29,986.

*H. H. Sturner* and *Moonan & Moonan,* for appellant.
*Nelson & Nelson,* for respondents.

*PER CURIAM.*

The judgment is affirmed on the opinion filed herewith in the case of Burzinski v. Kinyon Inv. Co. 192 Minn. 335, 256 N. W. 233.

[1]Reported in 256 N. W. 242.